■ In the Matter of ETHEL McNEAL, Appellant, v. ALVIN D. MACK et al., Constituting the Board of Elections of the City of New York, Respondents.—Judgment of the Supreme Court, Queens County, dated August 13, 1974, affirmed, without costs. No opinion. Gulotta, P. J., Christ, Brennan and Benjamin, JJ., concur.

■ In the Matter of SAMUEL J. VIGNOLA, Appellant, v. SALVATORE SCLAFANI et al., Constituting the Board of Elections of the City of New York, and SALVATORE J. REALE, Respondents. In the Matter of SAMUEL J. VIGNOLA, Appellant, v. SALVATORE SCLAFANI et al., Constituting the Board of Elections of the City of New York, and WILLIAM P. LONGONE, Respondents.—Judgment of the Supreme Court, Queens County, dated August 15, 1974, affirmed, without costs. Gulotta, P. J., Christ, Brennan and Benjamin, JJ., concur.

## THIRD DEPARTMENT, AUGUST, 1974

### (August 13, 1974)

■ KATHRYN G. CHISHOLM, Respondent, v. MOBIL OIL CORPORATION et al., Appellants.— Motion for amendment and modification of order dated June 19, 1974, granted, without costs, and last paragraph of order amended to read as follows: "ORDERED that the judgment appealed from be reversed, on the law, without costs, and a new trial ordered on the issue of liability only. The verdict as to damages is held in abeyance pending the new trial. The court has considered the questions of fact and has determined that it would not grant a new trial or hearing upon those questions." Staley, Jr., J. P., Cooke, Sweeney, Kane and Main, JJ., concur.

### (August 16, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDMUND R. BELL, Appellant.— Motion to dismiss appeal for lack of jurisdiction granted (CPL 450.90). Staley, Jr., J. P., Cooke, Sweeney, Main and Reynolds, JJ., concur.

### (August 21, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, v. RODNEY PRUE, Defendant. — Motion, pursuant to CPL 460.30, for extension of time to take appeal denied on the ground that the facts alleged in the moving papers are insufficient to establish that defendant's failure to appeal was attributable to improper conduct on the part of his attorney. Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Kane, JJ., concur.